IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUDY BAGGETT,
    Plaintiff,

vs.                                            Case No.:  3:06cv271/LAC/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 10, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    Defendant's Motion to Remand (Doc. 17) is **GRANTED** and the Commissioner's decision denying benefits is **REVERSED**.

3.    This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4.    Defendant is ordered to conduct proceedings in accordance with the report and recommendation (Doc. 18).

5.    A final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure shall be entered.

**DONE AND ORDERED** this 12th day of February, 2007.

                                            s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**